**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAYLA REED, an individual, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-06490 |
| ) | |
| v. ) | Honorable Ruben Castillo |
| ) | |
| ACE HARDWARE CORPORATION, ) | Magistrate Judge Mary M. Rowland |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION**

**TO:** Please See Attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday, October 10, 2017 at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Rubin Castillo, or any judge sitting in his stead, in the courtroom currently occupied by him (Room 2541) in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's *Agreed Motion For Extension of Time to Answer or Otherwise Plead*, a copy of which is being served upon you by ECF notification.

DATED: October 3, 2017.                                  Respectfully submitted,


                                               By:  */s/* Colleen G. DeRosa
                                                    One of the Attorneys for Defendant
                                                    **ACE HARDWARE CORPORATION**

Colleen G. DeRosa (ARDC No. 6301589)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*colleen.derosa@ogletreedeakins.com*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 3, 2017, the foregoing ***Notice of Motion*** (regarding Defendant's *Agreed Motion for Extension of Time to Answer or Otherwise Plead*) was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

> Marc Edward Dann
> **DANNLAW**
> P.O. Box 6031040
> Cleveland, OH  44103
> notices@dannlaw.com
>
> Rusty A. Payton
> **DANNLAW**
> 115 South LaSalle Street
> Suite 2600
> Chicago, IL  60603
> payton@paytondann.com
>
> ***Attorneys for Plaintiff***

/s/  Colleen G. DeRosa

27844465.1