UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kayla Reed
                            Plaintiff,

v.                                            Case No.: 1:17–cv–06490
                                               Honorable Ruben Castillo

ACE Hardware Corporation
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's agreed motion for extension of time to answer or otherwise plead [6] is granted. Defendant to answer or otherwise plead to the complaint by 10/17/2017. The parties are directed to file a joint status report by 10/24/2017. The Court will hold a status hearing in open court on 10/31/2017 at 9:45 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.