# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual, | ) |
|     Plaintiff, | ) Case No. 1:17-cv-06490 |
| v. | ) Honorable Ruben Castillo |
| ACE HARDWARE CORPORATION, | ) Magistrate Judge Mary M. Rowland |
|     Defendant. | ) |

## AGREED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant Ace Hardware Corporation ("Defendant"), with agreement from Plaintiff Kayla Reed ("Plaintiff") and under Federal Rule of Civil Procedure 6(b), respectfully requests that the Court grant it a 30-day extension to November 30, 2017, for it to answer or otherwise plead to the Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief. In support of this Agreed Motion, Defendant states as follows:

1. Plaintiff filed the Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief on September 8, 2017.

2. No earlier than September 12, 2017, Defendant was served with a summons and a copy of the Complaint.

3. By agreement of the parties, the Court has granted two previous 14-day extensions for Defendant to file its answer or otherwise plead to the Complaint.

4. The parties, through their counsel, have been making progress in resolving this matter without the need for further litigation. For this reason, Defendant seeks another extension to allow the parties to focus their efforts on settlement.

5. On October 30, 2017 Defendant's counsel, Colleen G. DeRosa exchanged email correspondence with Plaintiff's counsel, Marc Dann, and Mr. Dann confirmed that Plaintiff has no objection to the requested extension.

6. Defendant moves for an extension in good faith and not for purposes of harassment. No party will be prejudiced by the Court granting this extension.

WHEREFORE, Defendant Ace Hardware Corporation respectfully requests the Court enter an order extending the deadline to and including November 30, 2017 for it to answer or otherwise plead in this matter.

DATED: October 30, 2017.

Respectfully submitted,

By: */s/* Colleen G. DeRosa
One of the Attorneys for Defendant
**ACE HARDWARE CORPORATION**

Colleen G. DeRosa (ARDC No. 6301589)
**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*colleen.derosa@ogletreedeakins.com*

# CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on October 30, 2017, the foregoing ***Agreed Motion for Extension of Time to Answer or Otherwise Plead*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

      Marc Edward Dann
      **DannLaw**
      P.O. Box 6031040
      Cleveland, OH 44103
      *notices@dannlaw.com*

      Rusty A. Payton
      **DannLaw**
      115 South LaSalle Street
      Suite 2600
      Chicago, IL 60603
      *payton@paytondann.com*

      ***Attorneys for Plaintiff***

                                /s/ Colleen G. DeRosa