UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kayla Reed
                                Plaintiff,

v.                                                      Case No.: 1:17−cv−06490
                                                        Honorable Ruben Castillo

ACE Hardware Corporation
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 1, 2017:

    MINUTE entry before the Honorable Ruben Castillo: Defendant's agreed motion for extension of time to answer or otherwise plead [12] is granted. Defendant is given until 11/30/2017 to answer or otherwise plead to the complaint. The parties are directed to file the joint status report by 12/6/2017. The status hearing is reset to 12/12/2017 at 9:45 a.m. The motion hearing set for 11/2/2017 and the status hearing set for 11/8/2017 are stricken.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.