# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual, | Case No. 1:17-cv-06490 |
| Plaintiff, | Honorable Judge Ruben Castillo |
| v. | Magistrate Judge Mary M. Rowland |
| ACE HARDWARE CORPORATION. | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayla Reed and Defendant Ace Hardware Corporation by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Rusty A. Payton* | */s/ Colleen G. DeRosa via E-mail consent* |
| Rusty A. Payton | Colleen G. DeRosa, Esq. |
| Marc E. Dann | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| DANNLAW | 155 North Wacker Drive, Suite 4300 |
| 115 S. LaSalle Street, Suite 2600 | Chicago, IL 60606-2211 |
| Chicago, IL 60603 | Phone: 312-558-3028 |
| notices@dannlaw.com | Colleen.derosa@ogletree.com |
| DisabilityNotices@dannlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | Dated: January 10, 2018 |
| Dated: January 11, 2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton