## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Kayla Reed

                     Plaintiff,

v.                                                    Case No.: 1:17–cv–06490

                                                                  Honorable Ruben Castillo

ACE Hardware Corporation

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 16, 2018:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees pursuant to the Joint Stipulation of Dismissal [20] filed by the parties on 1/11/18.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.